UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 20-3212

EDWARD SCANLON, IV,
 Appellant

v.

VALERIE LAWSON; FELIX MICKENS; ROBERT BALICKI; VERONICA SURRENCY; JOHN AND/OR JANE DOES 1-45, (fictitious individuals); ABC CORPS 1-45, (fictitious corps), jointly, and severally; WILLIAM M. BURKE, also known as BILL BURKE; BOBBY STUBBS; DAVID FUENTES; HAROLD COOPER; WESLEY JORDAN; CAROL WARREN

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 1:16-cv-04465)

SUR PETITION FOR REHEARING

Present: CHAGARES, Chief Judge, McKEE, AMBRO, JORDAN, HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, Circuit Judges and ROSENTHAL[*], Chief District Judge

The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the

---

[*] Honorable Lee H. Rosenthal, Chief United States District Judge for the Southern District of Texas, sitting by designation.

circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

                                            BY THE COURT,

                                            s/Michael A. Chagares
                                            Chief Circuit Judge

Dated: June 13, 2022
Tmm/cc: All Counsel of Record